UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD HAIDER AGHA HASAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY S WHITE,<br><br>    Defendant. | Case No. 3:19-cv-04036-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether it is related to *Hasan v. White*, 19-cv-3979-JST.

**IT IS SO ORDERED.**

Dated: July 15, 2019



WILLIAM H. ORRICK
United States District Judge